IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff )<br>v. )<br><br>PATRIOT GLASS AND MIRROR, LIMITED )<br>  a/k/a Patriot Glass and Mirror Ltd. )<br><br>Defendants ) | CIVIL ACTION<br>NO.: 06-283 (RMC) |

**WAIVER OF SERVICE OF SUMMONS ON DEFENDANT, PATRIOT GLASS AND MIRROR, LIMITED A/K/A PATRIOT GLASS AND MIRROR, LTD.**

TO:   Jessica L. Tortella
       Jennings Sigmond, PC
       Penn Mutual Towers, 16th Floor
       510 Walnut Street
       Philadelphia, PA 19106-3683

     I acknowledge receipt of your request that I waive service of a Summons in the action of *International Painters and Allied Trades Industry Pension Fund v. Patriot Glass and Mirror, Limited a/k/a Patriot Glass and Mirror, LTD.* which is case number 06-283(RMC) in the United States District Court for the District of Columbia. I have also received a copy of the Complaint in the action, two (2) copies of this instrument, and a means by which I can return the signed Waiver to you without cost to me.

     I agree to save the cost of service of a Summons and an additional copy of the Complaint in this lawsuit by not requiring that Defendant, Patriot Glass and Mirror, Limited a/k/a Patriot Glass and Mirror, LTD. ("Defendant"), be served with judicial process in the manner provided by Rule 4.

165274-1

Defendant will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the Summons or in the service of the Summons.

I understand that a judgment may be entered against the party on whose behalf I am acting, if an Answer or Motion under Rule 12 is not served upon you within sixty (60) days after February 24, 2006, the date your request was sent.

Date: 03-23-06

Marshall ~~Howard Tanner~~, CEO, Patriot Glass and Mirror, Limited a/k/a Patriot Glass and Mirror, LTD.

165274-1

2