IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND | ) <br> ) <br> ) | |
| Plaintiff | ) | CIVIL ACTION |
| v. | ) <br> ) | NO.: 06-283 (RMC) |
| PATRIOT GLASS AND MIRROR, LIMITED <br> a/k/a Patriot Glass and Mirror Ltd. | ) <br> ) <br> ) | |
| Defendants | ) | |

**NOTICE OF DISMISSAL PURSUANT**
**TO F.R.C.P. RULE 41(a)(1)**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

                                                  Respectfully submitted,

                                                  JENNINGS SIGMOND, P.C.


                                      BY: /s/Sanford G. Rosenthal
                                               SANFORD G. ROSENTHAL
                                               Bar No. 478737
                                               The Penn Mutual Towers, 16th Floor
                                               510 Walnut Street, Independence Square
                                               Philadelphia, PA 19106-3683
                                               (215) 351-0611
                                               Attorneys for the Fund

Date: July 14, 2006

170126_1.DOC

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the address below:

Howard Tanner, CEO
Patriot Glass & Mirror Limited
3223 Guilderland Avenue
Schenectady, NY 12306

Date: July 14, 2006                         /s/ Sanford G. Rosenthal
                                            SANFORD G. ROSENTHAL, ESQUIRE